### HUNTINGTON, JUDGE OF PROBATE, V. MOTT.

Interest allowed on an administration bond against the bondsman.

ACTION upon an administration bond, defaulted, heard in damages. The creditor had recovered judgment against the administrator upon a *scire facias* and had execution to be levied and satisfied of his proper goods, etc. which execution had been returned *non est*. The creditor claimed interest upon his debt from the time of the judgment on the *scire facias*.

By the COURT. Interest is to be computed from the end of sixty days from the date of said execution, upon the ground that the bondsman comes in the place of the administrator, who in consideration of law has had the use of the money.